**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AHMED KHEDR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ELMWOOD STORE CORP. trading as LUCKY STORE FOOD MARKET, JABER ALSULAIMANI, SAMI ALSULAIMANI MCCAINLAW, P.C., JOSEPH EDWARD MCCAIN, III** | : | **NO. 26-1177** |

**ORDER**

**NOW**, this 24th day of August, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. No. 14), and the plaintiff's response, **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.[1]

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

[1] Dismissal of the state law claims is without prejudice to the plaintiff's right to proceed in state court on those claims.